denied. Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NIAGARA FERRY AND TRANSPORTATION COMPANY, Respondent, v. AUTOMOBILE INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NIAGARA FERRY AND TRANSPORTATION COMPANY, Respondent, v. EAGLE STAR AND BRITISH DOMINIONS INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PEOPLE'S BANK OF BUFFALO, Respondent, v. ALBERT PICK AND COMPANY, Appellant, and FRONTIER MORTGAGE CORPORATION and Another, Respondents, Impleaded with Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, upon the ground that leave to appeal is unnecessary. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HELENA F. COLLINS, Respondent, v. CENTRAL TRUST COMPANY OF ROCHESTER and Another, as Executors, etc., of J. RAYMOND KELLY, Deceased, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

UNITED DAIRY MACHINERY CORPORATION, Respondent, v. JAMES L. TAYLOR and Another, Appellants, Impleaded with Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BARTKOWIAK, Appellant.— Motion for reargument denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CORA B. ROWELL, Individually and as Executrix, etc., of WADHAMS J. ROWELL, Deceased, Respondent, v. LEHIGH·VALLEY RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LOUISE V. WEISMANTLE, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Estate of NICHOLAS J. HARDIKER, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE METROPOLITAN CASUALTY INSURANCE COMPANY, Appellant, v. UNION INDEMNITY COMPANY OF LOUISIANA, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted and question for review certified. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SARAH J. NIEDERMAYER, as Administratrix, etc., of STEPHEN BOWMAN, Deceased, Respondent, v. ROBERT P. HOLDERBAUM, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRANCES RIORDAN, as Administratrix, etc., of JOHN RIORDAN, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for